IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 78

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MARION KENT COVINGTON, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the Court on Defendant Covington's Motion to Join In and Adopt Co-Defendant's Response to Motion to Quash (Doc. 62). Although a brief in support of the Motion was not required, see LCrR 47.1(c), additional information concerning the specific relief sought by Defendant Covington and the Government's objection to the Motion would be helpful to the Court.

**IT IS THEREFORE ORDERED THAT**:

1. The Government and Defendant Covington are each **DIRECTED** to file a brief or memorandum concerning their position on Defendant Covington's Motion to Join In and Adopt Co-Defendant's Response to Motion to Quash (Doc. 62).

2. The briefs or memoranda are to be submitted on or before March 15, 2019 and may be no longer than five (5) pages each.

Signed: March 8, 2019

W. Carleton Metcalf
United States Magistrate Judge