IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 78-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MARION KENT COVINGTON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DISMISSAL OF WRIT OF EXECUTION

This matter is before the Court on the Government's Motion for Dismissal of Writ of Execution (Doc. 118).

On July 24, 2019, a Writ of Execution (Doc. 113) was filed regarding insurance policies associated with Defendant, including one policy held by Western and Southern Financial Group.

The instant Motion indicates that Defendant has arranged for payment of the value of the policy by other means.

Accordingly, the Government's Motion for Dismissal of Writ of Execution (Doc. 118) is **GRANTED** and the Writ of Execution (Doc. 113) filed on July 24, 2019 is **TERMINATED**.

Signed: January 29, 2020

*[Signature]*

W. Carleton Metcalf
United States Magistrate Judge